**Order entered December 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01521-CV

### IN RE REGINALD ARLEIGH NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-K**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's petition for quo warranto for want of jurisdiction.

/s/    DAVID EVANS
       JUSTICE